IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARTERBANK, a federal
savings association,
     Plaintiff,

                                      CASE NO.:  3:12cv157/MCR/CJK

v.

SHARON K. HARVELL, et al.,
     Defendants.
_____

REPORT AND RECOMMENDATION

     This matter has been referred to the undersigned Magistrate Judge for a Report and Recommendation with regard to plaintiff's Motion to Dismiss (doc. 11).  Having reviewed the docket in this case and being satisfied that the matters asserted in plaintiff's motion are well taken, it is respectfully RECOMMENDED that:

     1.    Upon motion of the plaintiff, this matter be DISMISSED WITH PREJUDICE, with each side to bear its own costs.

     2.    The clerk be directed to close the file.

     At Pensacola, Florida this 12th day of June, 2012.

                                                  /s/ *Charles J. Kahn, Jr.*
                                                  CHARLES J. KAHN, JR.
                                                  UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).