**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CHARTERBANK, a federal
savings association,**

      **Plaintiff,**

**v.**                             **Case No.   3:12cv157/MCR/CJK**

**SHARON K. HARVELL, et al.,**

      **Defendants.**

_____/

**ORDER**

      Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 12, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

      Accordingly, it is now ORDERED as follows:

      1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.      This matter is DISMISSED WITH PREJUDICE with each side to bear its own costs.

      3.      The clerk is directed to close the file.

      DONE AND ORDERED this 15th day of July, 2012.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**